IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00220-PSF-CBS

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,

v.

SCIENTIFIC RESEARCH GROUP, INC., Florida corporation, and
BRIAN McCLINTOCK, its Officer and Director,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** Plaintiff's Motion to Vacate (Docket No. 10, Filed August 02, 2005) is **GRANTED to the extent that the** Scheduling Conference *will not be held* , and the parties need not submit a proposed scheduling order or confidential settlement statements.

It is hereby **ORDERED** that the scheduling conference set **August 09, 2005 at 10:00 a.m.** is **CONVERTED** into a TELEPHONIC STATUS CONFERENCE.

### **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for one complete conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted). Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**    August 3, 2005