IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00220-PSF-CBS

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,

v.

SCIENTIFIC RESEARCH GROUP, INC., Florida corporation, and
BRIAN McCLINTOCK, its Officer and Director,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** Plaintiff's Amended Motion to Vacate (Docket No. 13, Filed August 04, 2005) is **GRANTED to the extent that the** Scheduling Conference *will not be held*, and the parties need not submit a proposed scheduling order or confidential settlement statements.

In a previous Order, the scheduling conference set **August 09, 2005 at 10:00 a.m.** was **CONVERTED** into a TELEPHONIC STATUS CONFERENCE.

**\*\*INSTRUCTIONS FOR TELEPHONIC PARTICIPATION\*\***

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted). Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**  August 4, 2005